UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ROBERT BOSCH GMBH and ROBERT BOSCH LLC,

                      Plaintiffs,

        -v-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

                      Defendants.

------------------------------------------------------------------------X

26-cv-4234 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___6/4/2026___

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic hearing tomorrow, June 5, 2026, at 3:45 PM, on the pending motion for a temporary restraining order. *See* Dkt. No. 9.  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: June 4, 2026
      New York, New York

                                   LEWIS J. LIMAN
                        United States District Judge